

**BEGGS & LANE** RLLP

ATTORNEYS and COUNSELLORS at LAW

SINCE 1883

J. NIXON DANIEL, III
*MANAGING PARTNER*

DIRECT DIAL
(850) 469-3306

EMAIL ADDRESS
JND@BEGGSLANE.COM

501 COMMENDENCIA ST.
PENSACOLA, FLORIDA 32502-5953
TELEPHONE (850) 432-2451
FAX (850) 469-3331

E. DIXIE BEGGS
1908 – 2001

BERT H. LANE
1917 - 1981

February 24, 2022

Clerk of Court
U.S. District Court District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.  20001

       RE:    Case No. 21-cv-00751- Return of Service
               Mariam Yahia Ibraheem Ishag, et al v. Republic of Sudan

Dear Sir or Madam:

I am writing regarding the service of court documents in the above-referenced case. Pursuant to 28 U.S.C. Section 1608(a)(3), service was made to Defendant, Republic of Sudan by requesting foreign mailing through the U.S.D.C. District of Columbia Clerk of Court, via federal express to the Ministry of Foreign Affairs, Embassy of Sudan at their Washington, D.C. address. A copy of the signed delivery receipt, signed for by C. Martir on November 3, 2021, is attached.

If you have any questions, please feel free to contact me.

Sincerely,

J. Nixon Daniel, III
For the Firm

JND,III/sdd
Attachment

PENSACOLA, FLORIDA           BEGGSLANE.COM           DESTIN, FLORIDA