UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIAM YAHIA IBRAHEEM ISHAG,
individual and as parent and guardian
of her minor children Mn. W. and Ma. W.,

      Plaintiffs,

v.                                                          CIVIL ACTION NO.: 21-cv-00751

REPUBLIC OF SUDAN,

      Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through their undersigned attorneys, pursuant to Civ. R. 41(a)(1)(A)(ii) hereby stipulate and agree that this action be dismissed with prejudice and without the taxation of costs. The parties hereto constitute all parties to this action.

DATED this 31st day of January, 2023.

                                              */s/ J. Nixon Daniel, III*
                                              J. Nixon Daniel, III
                                              D.C. Bar No. FL0031
                                              jnd@beggslane.com
                                              Beggs & Lane, RLLP
                                              501 Commendencia Street
                                              Pensacola, FL 32502
                                              (850) 432-2451

                                              Attorney for Mariam Yahia Ibraheem Ishag
                                              Individually and as parent and guardian of
                                              of her minor children Mn. W. and Ma. W.

                                                      and

>*/s/ Christopher M. Curran*
>Christopher M. Curran (D.C. Bar No. 408561)
>Nicole Erb (D.C. Bar No. 466620)
>Claire A. DeLelle (D.C. Bar No. 974945)
>Celia A. McLaughlin (D.C. Bar No. 1007891)
>701 Thirteenth Street, NW
>Washington, DC, 20005-3807
>(202) 626-3600
>ccurran@whitecase.com
>nerb@whitecase.com
>cdelelle@whitecase.com
>cmclaughlin@whitecase.com
>
>Attorneys for the Republic of the Sudan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2023, a true and correct copy of the foregoing was filed and served by the Clerk of the Court to all counsel of record using the CM/ECF system.

>Respectfully submitted,
>
>*/s/ J. Nixon Daniel, III*
>J. Nixon Daniel, III
>D.C. Bar No. FL0031

2